**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRELL ELLSWORTH, on behalf of himself and others similarly situated, <br><br>           Plaintiff, <br><br>       v. <br><br> ROBERTSON'S READY MIX, LTD., a California limited partnership; and DOES 1 to 50, inclusive, <br><br>           Defendants. | CASE NO.: 5:21-cv-00487 JWH (SHKx) <br><br> [Assigned to the Honorable John W. Holcomb] <br><br> **ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

Having reviewed and considered the Joint Stipulation to Remand the Action to State Court (the "Stipulation") filed by Plaintiff Jarrell Ellsworth and Defendant Robertson's Ready Mix, Ltd. (together, the "Parties"), and good cause appearing, the Court hereby **ORDERS** as follows:

1.    The Stipulation is **GRANTED**.

2.    This action is **REMANDED** to the Superior Court of the State of California for the County of San Bernardino.

   **IT IS SO ORDERED.**

DATED:    August 8, 2022

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2